UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE A. WILLSON, ) | CASE NO. C05-0990-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | ORDER NOTING PLAINTIFF'S |
| of Social Security ) | MOTION TO SUPPLEMENT THE |
| ) | TRANSCRIPT |
| Defendant. ) | |
| ) | |

Plaintiff has filed a Motion to Supplement Transcript (Dkt. 11), but has failed to correctly note it on the Court's motions calendar in compliance with the provisions of Local Rule CR 7. Consequently, the Court hereby notes this motion for **September 16, 2005**, with any oppositions and replies due in accordance with CR 7.

Counsel are reminded of the need to review all applicable court rules, including Local Rules, when submitting filings to this Court.

DATED this  30th  day of  August , 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER NOTING PLAINTIFF'S MOTION
TO SUPPLEMENT THE TRANSCRIPT
PAGE -1